IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER MERCER,<br><br>Defendant. | Case No. 21-CR-045<br><br><br><br>**REQUEST FOR DETENTION HEARING** |

The defendant respectfully asks the Court to set a detention hearing in this matter on the following grounds:

1. The defendant is currently charged with prohibited person in possession of a firearm under 18 U.S.C. §§ 922(g) and 924(a)(a). He was arraigned on May 24, 2021. He has not yet had a detention hearing in the Southern District of Iowa.

2. There are conditions the Court could impose on pretrial release that would assure the appearance of the defendant for future proceedings and safety of the community.

3. The defendant respectfully requests the Court set a detention hearing in this matter.

WHEREFORE, the defendant respectfully asks the Court to set a detention hearing and to set conditions that would allow for his release.

STOWERS & SARCONE PLC
West Glen Town Center
650 South Prairie View Drive, Suite 130
West Des Moines, IA  50266
Telephone:  (515) 224-7446
Fax:  (515) 225-6215
Email: peter@stowerssarcone.com

By: /s/ Peter Ickes
  Peter Ickes, AT0014168
  Attorney for Defendant,
  Alexander Mercer